IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. PIERO ANVERSA and <br> DR. ANNAROSA LERI, <br><br> Plaintiffs <br><br> v. <br><br> PARTNERS HEALTHCARE SYSTEM, INC., <br> HARVARD MEDICAL SCHOOL, <br> BRIGHAM AND WOMEN'S HOSPITAL, <br> DR. ELIZABETH NABEL, and DEAN <br> GRETCHEN BRODNICKI, <br><br> Defendants. | Case No. 1:14-cv-14424-DJC |

**HARVARD MEDICAL SCHOOL AND DEAN GRETCHEN BRODNICKI'S
ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Harvard Medical School and Dean Gretchen Brodnicki (collectively, the "Harvard Defendants"), by and though their undersigned counsel and pursuant to Local Rule 7.1(b)(4), hereby respectfully request that this Court grant them leave to exceed the page limits mandated by the Local Rules of the United States District Court for the District of Massachusetts. Specifically, the Harvard Defendants seek leave to file a memorandum of law in support of their Motion to Dismiss of no more than twenty-six (26) pages.  Plaintiffs' counsel has assented to the relief requested in this motion.  In support of this motion, the Harvard Defendants state as follows:

1. Plaintiffs filed their Complaint on December 16, 2014.  Pursuant to the Waiver of Service of Summons completed by the Harvard Defendants, their Motion to Dismiss

the Complaint is due to be filed by February 17, 2015.  *See* Dock. # 4-5 (note that the docket incorrectly states that an answer is due February 16, 2015.  Pursuant to the Waiver of Service, the Harvard Defendants must respond to Plaintiffs' Complaint within 60 days, making February 14, 2015 the deadline for a motion to dismiss.  However, if the day for responding is "a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P. 6(a)(1)(C).  Because February 14, 2015 is a Saturday, and the following Monday is President's Day (a legal holiday), the deadline for the Harvard Defendants to file their Motion to Dismiss is Tuesday, February 17, 2015.).

2. Local Rule 7.1(b)(4) provides for a 20-page limit for memoranda of law in support of motions, unless leave of court is obtained.

3. The Harvard Defendants respectfully request leave to file a twenty-six (26) page memoranda in support of their Motion to Dismiss Plaintiffs' Complaint.

4. Each defendant is permitted under Local Rule 7.1(B)(4) to individually submit a motion to dismiss and accompanying memorandum not exceeding 20 pages.  In the interest of efficiency and judicial economy, defendants Harvard Medical School and Dean Gretchen Brodnicki are filing one combined Motion to Dismiss that addresses the legal arguments related to both defendants.

5. The Harvard Defendants intend to move to dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on several grounds, many of which require extensive citation to Plaintiffs' Complaint, and the applicable statutory and regulatory scheme.  Given the complexity of the issues presented, permitting the filing of a memorandum that exceeds the page limit is necessary in order to enable the Harvard Defendants to

address the issues presented adequately and aid this Court's consideration and determination of their Motion to Dismiss.

6. Plaintiffs will not be prejudiced by the granting of this motion. The Harvard Defendants' undersigned counsel has conferred with Plaintiffs' counsel in accordance with Local Rule 7.1(A)(2), and Plaintiffs' counsel has assented to this Motion.

WHEREFORE, the Harvard Defendants respectfully requests that this Court grant them leave to file a memorandum of law in support of their Motion to Dismiss of no more than twenty-six (26) pages.

Dated: February 11, 2015                                    Respectfully submitted,

                                                            HARVARD MEDICAL SCHOOL and DEAN
                                                            GRETCHEN BRODNICKI

                                                            By their attorneys,

                                                            /s/ Jennifer L. Chunias_____
                                                            Roberto M. Braceras (BBO # 566816)
                                                            Jennifer L. Chunias (BBO # 644980)
                                                            GOODWIN PROCTER LLP
                                                            53 State Street
                                                            Boston, Massachusetts  02109
                                                            Tel.:  617.570.1000
                                                            Fax:  617.523.1231
                                                            RBraceras@goodwinprocter.com
                                                            JChunias@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, Jennifer L. Chunias, hereby certify that the undersigned counsel for Defendants Harvard Medical School and Dean Gretchen Brodnicki, conferred with counsel for Plaintiffs regarding the subject matter of this motion and Plaintiffs' counsel has assented to the relief requested herein.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11, 2015.

/s/ Jennifer L. Chunias_____