# United States Court of Appeals
## For the First Circuit

No. 15-1897

PIERO ANVERSA and ANNAROSA LERI,

Plaintiffs, Appellants,

v.

PARTNERS HEALTHCARE SYSTEM, INC., ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: August 30, 2016

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The matter is remanded to the district court with directions to convert its order of dismissal to an order staying the case pending the timely resolution of administrative proceedings. The district court's decision is affirmed as modified. All parties shall bear their own costs.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Tracy A. Miner
Megan Anne Siddall
Michael J. Tuteur
Geoffrey M. Raux
Torrey Kaufman Young
Jennifer L. Chunias
Roberto M. Braceras