UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PIERO ANVERSA, ET AL**

**v.**                                         **CIVIL ACTION NO. 14-14424-DJC**

**PARTNERS HEALTHCARE
SYSTEMS, INC., ET AL**

## ORDER STAYING CASE

CASPER, D.J.

In light of the Judgment and Mandate, D. 45 and 46, the Court converts its Order of Dismissal,

D. 38, to an Order Staying this case pending the timely resolution of administrative proceedings..

                                                        /s/ Lisa M. Hourihan
September 26, 2016                            --------------------------