UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DR. PIERO ANVERSA and<br>DR. ANNAROSA LERI, | )<br>)<br>)<br>) |  |
| Plaintiffs, | )<br>) |  |
| v. | )<br>) | Civil No. 14-cv-14424-DJC |
| PARTNERS HEALTHCARE SYSTEM, INC.,<br>HARVARD MEDICAL SCHOOL,<br>BRIGHAM AND WOMEN'S HOSPITAL,<br>DR. ELIZABETH NABEL, and<br>DEAN GRETCHEN BRODNICKI, | )<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Defendants. | )<br>) |  |

## **MOTION TO WITHDRAW AS ATTORNEY AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that, pursuant to Rule 83.5.2 of the Local Rules for the United States District Court for the District of Massachusetts, I, Torrey K. Young, a partner with the law firm Mukasey Frenchman & Sklaroff LLP, attorney for Defendants Partners HealthCare System, Inc., Brigham and Women's Hospital, and Dr. Elizabeth Nabel in the above-titled action, hereby withdraw my appearance as counsel, and the matter shall proceed with counsel Michael J. Tuteur and Geoffrey M. Raux of Foley & Lardner LLP remaining in the case. I hereby request that my name and email address be removed from the case's official docket.

Dated: Boston, Massachusetts
May 23, 2020

        Respectfully submitted,
MUKASEY FRENCHMAN & SKLAROFF LLP

By:    /s/ Torrey K. Young
Torrey K. Young
140 East 45th Street, 17th Floor
New York, New York 10017
Tel: (212) 466-6400
Email: torrey.young@mfsllp.com

IT IS SO ORDERED.

Dated: _____, 2020     _____
                                                         Hon. Denise J. Casper

## **CERTIFICATE OF SERVICE**

      I, Torrey K. Young, hereby that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2020.

                                        /s/ Torrey K. Young
                                        Torrey K. Young